UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Zachariah Manning, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 3:18-cv-01233-C |
| Ocwen Loan Servicing, LLC | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 31, 2018 for filing a Request for Dismissal.

Date: November 14, 2018

Respectfully submitted,

By: /s/Anthony P. Chester
Anthony P. Chester, Esq.
State Bar No. 24092253
**HYDE & SWIGART**
1910 Pacific Ave, Suite 14155
Dallas, TX 75201
Telephone:  (214) 880-6362
Facsimile:   (800) 635-6425
ramona@westcoastlitigation.com

*Attorney forPlaintiff*

## **CERTIFICATE OF SERVICE**

On November 14, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that all parties were served via electronic case filing, email, or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

By: /s/Anthony P. Chester
Anthony P. Chester, Esq.