IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARIAH MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:18-CV-1233-C |

## ORDER

The parties have indicated to the Court that they have settled this case. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file the papers necessary to dismiss this action on or before 45 days from the date of this order. Further, the Court, having considered Defendant's Motion to Dismiss, filed October 22, 2018, is of the opinion that the same should be **DENIED AS MOOT** subject to it being refiled if the settlement is not consummated.

SO ORDERED this 16th day of November, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE